# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TERELL BELGER,<br><br>    Plaintiff,<br>v.<br><br>SEVEN SEVENTEEN CREDIT UNION, INC. d/b/a 717 CREDIT UNION,<br><br>    Defendant. | Case No.  4:19-cv-01260-KBB<br><br>Honorable Judge Kathleen B. Burke |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff, Terell Belger, and the Defendant, Seven Seventeen Credit Union, Inc. d/b/a 717 Credit Union, through their respective counsel that the above-captioned action is dismissed, with prejudice, against, Seven Seventeen Credit Union, Inc. d/b/a 717 Credit Union, pursuant to Federal Rule of Civil Procedure 41. Plaintiff to pay filing fee.

Dated: January 23, 2020                                                        Respectfully Submitted,

| **TERELL BELGER** | **SEVEN SEVENTEEN CREDIT UNION, INC. d/b/a 717 CREDIT UNION** |
|---|---|
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :(630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/ Rema A. Ina (*with consent*)<br>Rema A. Ina<br>*Counsel for Defendant*<br>Gallagher Sharp, LLP<br>Sixth Floor- Bulkley Building<br>1501 Euclid Avenue<br>Cleveland, Ohio 44115<br>Phone: (216) 241-5310<br>rina@gallaghersharp.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                            s/ Nathan C. Volheim  
                                                            Nathan C. Volheim