So Ordered.

s/ Kathleen B. Burke
U.S. Magistrate Judge
Date: 1/24/20

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TERELL BELGER,<br><br>    Plaintiff,<br><br>v.<br><br>SEVEN SEVENTEEN CREDIT UNION,<br>INC. d/b/a 717 CREDIT UNION,<br><br>    Defendant. | Case No. 4:19-cv-01260-KBB<br><br>Honorable Judge Kathleen B. Burke |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff, Terell Belger, and the Defendant, Seven Seventeen Credit Union, Inc. d/b/a 717 Credit Union, through their respective counsel that the above-captioned action is dismissed, with prejudice, against, Seven Seventeen Credit Union, Inc. d/b/a 717 Credit Union, pursuant to Federal Rule of Civil Procedure 41. Plaintiff to pay filing fee.

Dated: January 23, 2020                                    Respectfully Submitted,

**TERELL BELGER**                                          **SEVEN SEVENTEEN CREDIT UNION,**
                                                           **INC. d/b/a 717 CREDIT UNION**

/s/ Nathan C. Volheim                                      /s/ Rema A. Ina (*with consent*)
Nathan C. Volheim                                          Rema A. Ina
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                                    Gallagher Sharp, LLP
2500 S. Highland Avenue, Suite 200                         Sixth Floor- Bulkley Building
Lombard, Illinois 60148                                    1501 Euclid Avenue
Phone: (630) 575-8181                                      Cleveland, Ohio 44115
Fax :(630) 575-8188                                        Phone: (216) 241-5310
nvolheim@sulaimanlaw.com                                   rina@gallaghersharp.com